FILED
2008 Aug-29  AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO PATTERSON, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. 2:08-cv-319-TMP |
| ) | |
| CHERYL PRICE, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

ORDER DISMISSING *HABEAS* PETITION

The magistrate judge filed his report and recommendation in the above-styled cause on August 11, 2008, recommending that the petition be dismissed without prejudice as a "second or successive petition" under 28 U.S.C. § 2244(b)(3)(A). To date, no objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby ADOPTS the report and ACCEPTS the recommendation. Accordingly, the petition for writ of *habeas corpus* in the above-styled cause is due to be and hereby DISMISSED WITHOUT PREJUDICE. The respondents' motion for summary judgment (Doc. 8) is MOOT.

The Clerk is DIRECTED to mail a copy fo the foregoing to the petitioner.

Done this 29th day of August 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671